rules, subject to possible exceptions. The case before us is not one of those exceptional cases which is exempted from the general rule, but seems to be one to which the general rules are peculiarly applicable. The order appealed from is reversed, with $10 costs and printing and other disbursements, and the motion denied, with $10 costs.

SACKETT, Respondent, v. LIPPMAN et al., Appellants. (City Court of New York, General Term. October 23, 1894.) Action by Frederick Sackett against Jacob Lippman and others.

FITZSIMONS, J. The testimony not only is sufficient to sustain the verdict, but, in our judgment, preponderates in plaintiff's favor. The judgment is therefore affirmed, with costs.

SALISBURY v. LYONS et al. (two cases). (Supreme Court, General Term, First Department. October 12, 1894.) Action by Nelson H. Salisbury against Dore Lyons and others. J. Stikeman, for plaintiff. A. B. Cruikshank, for defendants. No opinion. Order affirmed, with $10 costs and disbursements.

SANDER, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by William Sander against the New York Elevated Railway Company. J. C. Bardeley, for appellant. W. G. Peckham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SHARP v. MANHATTAN RY. CO. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Adelaide F. Sharp against the Manhattan Railway Company. No opinion. Judgment affirmed, with costs.

SCHEWMAN, Respondent, v. NORTON, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Ella J. Schewman, an infant, by guardian, etc., against Willis Norton. No opinion. Judgment and order appealed from affirmed.

SCHMIDT v. BROWN et al. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by August Schmidt against John Brown and others. No opinion. Motion for reargument denied, with $10 costs. See 30 N. Y. Supp. 68.

SCHMIDT, Respondent, v. COOK, et al., Appellants. (City Court of New York, General Term. November 20, 1894.) Action by Lena Schmidt, by Frank Schmidt, her guardian ad litem, against Valentine Cook and another. For former reports, see 20 N. Y. Supp. 889; 23 N. Y. Supp. 799. E. M. Burghard, for appellants. Jeroloman & Arrowsmith, for respondent.

EHRLICH, C. J. The action was by the plaintiff, a child of 11 years of age, by its guardian, to recover damages for personal injuries sustained by it while in the back yard of premises No. 233, East 36th street, in the city of New York, of which premises the defendants were owners and landlords. The evidence clearly established that the injuries were caused by the negligence and breach of duty of the defendants, and without any fault whatever on the part of the plaintiff. The questions of negligence and contributory negligence were submitted to the jury under a careful charge by the court, and the jury rendered a verdict in favor of the plaintiff for $1,000 damages. The amount awarded is moderate, and, as no errors were committed during the trial, the judgment entered on the verdict must be affirmed, with costs.

SHELDON v. MOTT. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by Susie Sheldon against Cornelia Mott. No opinion. Motion to dismiss appeal denied, with $10 costs.

SPENCER v. KILMER. (Supreme Court, General Term, Third Department. September 27, 1894.) Action by Albert Spencer against Chauncey Kilmer. No opinion. Judgment affirmed, with costs.

STOKES v. STOKES. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Edward S. Stokes against William E. D. Stokes. J. J. Adams, for plaintiff. B. F. Tracy, for defendant. No opinion. Motion granted, with $10 costs. See 25 N. Y. Supp. 405; 26 N. Y. Supp. 1025; 28 N. Y. Supp. 165; 29 N. Y. Supp. 1150; 30 N. Y. Supp. 153.

SWIKEHARD et al., Respondents, v. MICHELS et al., Appellants. (Supreme Court, General Term, Fifth Department. November 13, 1894.) Action by George B. Swikehard and others, commissioners, etc., against Fred P. Michels and others. No opinion. Judgment appealed from affirmed, with costs, on opinion of RUMSEY, J., at special term. 29 N. Y. Supp. 777.

WOOD et al. v. BAKER et al. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Johanna S. Wood and another against Benjamin M. Baker and another. No opinion. Motion to amend memorandum of judgment denied.

WOOD, Respondent, v. HUBBARD, Appellant. (Supreme Court, General Term, Fifth Department. November 13, 1894.) Action by Sarah L. Wood against Richard P. Hubbard. No opinion. Judgment appealed from affirmed, with costs. BRADLEY, J., not sitting.

WOODS, Respondent, v. INDUSTRIAL BEN. ASS'N, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Ellen Woods against the Industrial Benefit Association. No opinion. Judgment and order appealed from affirmed.

*

END OF CASES IN VOL. 30.